I concur in the main opinion insofar as it addresses Gardner's case. I concur in part and dissent in part insofar as the main opinion announces the promulgation of the new Court comment, because I respectfully dissent from part of the new Court Comment.
My concern is that the second numbered subparagraph of the new Court Comment, the one progressively shortening the filing times for cases with triggering dates during the period beginning on August 1, 2001 ending on July 31, 2002, begins the time shortening effect of the time-shortening amendment by degrees before its August 1, 2002 effective date. I recognize that this subparagraph is essentially the same as our July 1, 2002 Court Comment interpreting the effective date of the time-shortening amendment, but I respectfully submit that the July 1, 2002 Court Comment is invalid for the same reason. I respectfully submit that we should eliminate this provision from our new Court Comment and that we should change the date in the first numbered subparagraph, the one that recognizes a full two-year filing time for cases with triggering dates on or before July 31, 2001. I respectfully submit that we should change this date to July 31, 2002, so that this subparagraph would recognize the full two-year filing time for all cases with triggering dates preceding the August 1, 2002 effective date of the time-shortening amendment. Such a change would comport with the meaning of effective date.
 APPENDIX IN THE SUPREME COURT OF ALABAMA January 27, 2004 ORDER
IT IS ORDERED that the following Court Comment to Amendment to Rule 32.2, Alabama Rules of Criminal Procedure, be adopted to follow Rule 32.2:
 "COURT COMMENT OF JANUARY 27, 2004, TO AMENDMENT TO RULE 32.2 EFFECTIVE AUGUST 1, 2002
"This Court on March 22, 2002, amended Rule 32.2 effective August 1, 2002. That amendment, among other things, changed the period within which a defendant could file a Rule 32 petition from two years to one year. On July 1, 2002, this Court issued an order explaining the effective-date provision as it related to that limitations period. It appears that this Court's intent as to the effective date requires further clarification.
"The triggering date for calculating the timeliness of a postconviction petition pursuant to Rule 32, Ala. R.Crim. P., is either *Page 693 
the date on which the Court of Criminal Appeals issues its certificate of judgment or, if no appeal is taken, the date upon which the time for filing an appeal lapses. The order of this Court issued on March 22, 2002, amending Rule 32.2, Ala. R.Crim. P., provided that the amendment of Rule 32.2 was effective August 1, 2002. That effective-date language shall be interpreted to mean
 "1) that defendants in cases in which the triggering date occurs on or before July 31, 2001, shall have two years from the triggering date within which to file a postconviction petition pursuant to Rule 32, Ala. R.Crim. P.;
 "2) that defendants in cases in which the triggering date occurs during the period beginning August 1, 2001, and ending July 31, 2002, shall have one year from August 1, 2002, within which to file a postconviction petition pursuant to Rule 32, Ala. R.Crim. P.; and
 "3) that defendants in cases in which the triggering date occurs on or after August 1, 2002, shall have one year from the triggering date within which to file a postconviction petition pursuant to Rule 32, Ala. R.Crim. P."
IT IS FURTHER ORDERED that the adoption of this Court Comment be effective immediately;
IT IS FURTHER ORDERED that the following note from the reporter of decisions be added to follow Rule 32.2:
 "Note from the reporter of decisions: The order adopting the `Court Comment of January 27, 2004, to Amendment to Rule 32.2 Effective August 1, 2002' is published in that volume of Alabama Reporter that contains cases from 862 So.2d."
HOUSTON, SEE, LYONS, BROWN, HARWOOD, WOODALL, and STUART, JJ., concur.
JOHNSTONE, J., concurs in part and dissents in part. (Writing attached.).
JOHNSTONE, Justice (concurring in part and dissenting in part).
See my special writing in Ex parte Gardner, 898 So.2d 690
(Ala. 2004).